CONNECTICUT NATIONAL BANK ET AL. *v.*
PAUL E. HARRIGAN ET AL.
(12362)

LAVERY, FREEDMAN and CRETELLA, Js.

Argued November 8—decision released November 30, 1993

*Robert W. Storm,* with whom, on the brief, was *Ralph L. Larson,* for the appellant (named defendant).

*Lynne R. Dzilenski,* with whom, on the brief, was *George E. Hill,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.